# UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
|     PAUL R. JOLIFF ) | |
| ) | Case No. 19-70064 |
| ) | |
|     Debtor. ) | Chapter 13 |

## TRUSTEE'S MOTION TO MODIFY PLAN

NOW COMES Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, by her attorney, Ken Siomos, and for her Motion to Modify Plan states as follows:

1. The confirmed Plan provides for the Trustee to cure a pre-petition mortgage arrearage to LoanDepot.com in the amount of $13,454.27.

2. The Trustee paid $8,739.61 before stay relief was granted; the order instructed the Trustee to cease payments on the claim, leaving $4,714.66 in the Plan which cannot be paid to the secured creditor.

3. The Trustee moves to modify the Plan to decrease the amount to be paid to LoanDepot.com on the pre-petition mortgage arrearage to $8,739.61 and increase the dividend to general unsecured creditors by $4,714.66.

WHEREFORE, Marsha L. Combs-Skinner, the Chapter 13 Standing Trustee prays that the Court enter an Order modifying the Plan to decrease the amount to be paid to LoanDepot.com on the pre-petition mortgage arrearage to $8,739.61 and increase the dividend to general unsecured creditors by $4,714.66.

Respectfully Submitted by
Marsha L. Combs-Skinner,
Chapter 13 Standing Trustee


By: /s/ Ken Siomos
    Staff Attorney
Marsha L. Combs-Skinner
Chapter 13 Standing Trustee
Central District of Illinois
108 S. Broadway, P.O. Box 349
Newman, IL 61942
Telephone: 217-837-9730
E-Mail: Ken@ch13cdil.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon, John L. Greenleaf, Jr., Attorney for the Debtor, Edward Cahill, Attorney for LoanDepot and the United States Trustee, by electronic notification through ECF on August 15, 2022, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Paul R. Joliff

20 Claiborne Trl
Newnan, Ga 30263


/s/ Ken Siomos
Staff Attorney