Form 13sprmod

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:* Paul R Joliff
*Debtor*

*Case No.:* 19–70064

*Chapter:* 13

## Notice Re: Motion to Modify Chapter 13 Plan

*Notice is hereby provided:*

The Trustee in the above named case filed a Motion to Modify Chapter 13 Plan (Copy Enclosed) on **08/15/2022**.

Your rights may be affected. You should discuss this Motion to Modify Plan with your attorney, if you have one. If you do not have an attorney, you may wish to consult one. If you do not want the Court to grant the relief sought in the above named document or if you want the Court to consider your views, then you or your attorney must file a written objection explaining your position. You must also serve a copy on interested parties and file a proof of service with the court.

You are further notified that **9/7/22** is the last date for filing a written objection to the Motion to Modify Plan with this court. If you or your attorney do not file a timely objection, the Court may decide that you do not oppose the relief sought and an order may be signed allowing said Motion to Modify Plan without further notice.

Dated: 8/15/22

  /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.